# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2177

_____

Chrystal Gray,                               *
                                             *
                Appellant,                   *
                                             *   Appeal from the United States
         v.                                  *   District Court for the
                                             *   Eastern District of Arkansas.
Arkansas Department of Human                 *
Services, An Agency for the State of         *   [UNPUBLISHED]
Arkansas; Selena Ellis, Individually         *
and in her official capacity as Program      *
Manager for the Division of                  *
Volunteerism; Sherry Anderson,               *
Individually and in her official capacity    *
as Director of the Division of               *
Volunteerism; John Selig,                    *
                                             *
                Appellees.                   *

_____

Submitted: July 25, 2008
Filed: August 5, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Chrystal Gray appeals the district court's[1] adverse grant of summary judgment on her employment-discrimination and retaliation claims brought under Title VII and 42 U.S.C. §§ 1981, 1983.  After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Gray, see Kincaid v. City of Omaha, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we conclude that summary judgment was proper for the reasons stated by the district court.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____

[1]The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.